UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAVID OWEN FISHER
        Petitioner
   v.
DONNIE HARRISON
        Respondent

**Judgment in a Civil Case**

Case Number: 5:10-HC-2233-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, Chief United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on July 7, 2011, with service on:
David Owen Fisher, 1420 South Wilmington Street, Raleigh, NC  27603 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

July 7, 2011

/s/ Dennis P. Iavarone
Clerk

Raleigh, North Carolina